# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:03-CR-188-T-17EAJ |
| | USM Number: Not Provided by USPO |
| REGINALD I. ANDERSON | |
| | AFPD Adam Allen |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _1-4_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct occurring while on supervision | 2/2/06 |
| 2 | Failure to submit written monthly reports | 8/5/05<br>9/5/05<br>10/5/05 |
| 3 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer | On/after 10/16/05 |
| 4 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer | On/after 8/19/05 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: June 22, 2007

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: June __22ND__, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page  2  of  2

DEFENDANT: REGINALD I. ANDERSON
CASE NUMBER: 8:03-CR-188-T-17EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-ONE (21) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__  The Court makes the following recommendations to the Bureau of Prisons:
(1)   Incarceration at Coleman, FL
(2)   500-hour intensive substance abuse drug program.
(4)   Educational opportunity and education in restaurant/culinary field, computers, small business administration, and HVAC training.

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL